```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

JAMES FISHER,

        Plaintiff,

vs.                                      CASE NO. 3:09-cv-396-J-34HTS

STATE OF FLORIDA
C/O CIRCUIT JUDGE
W. GREGG McCAULIE,

        Defendant.

_____

## REPORT AND RECOMMENDATION[1]

On May 4, 2009, Plaintiff filed his Complaint (Doc. #1; Complaint) and Affidavit of Indigency (Doc. #2). Having "determined the suit may be subject to dismissal[,]" Order (Doc. #5), entered on May 13, 2009, at 1, the Court provided Plaintiff an opportunity to file an amended complaint. *Id.* at 5. Mr. Fisher was cautioned that failure to do so on or before June 1, 2009, might "result in a recommendation that this action be dismissed for lack of prosecution[.]" *Id.* Plaintiff failed to amend the Complaint, and on June 4, 2009, the Court entered an Order (Doc. #6) directing him "to show cause on or before June 19, 2009, why it

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

should not be recommended this case be dismissed for failure to prosecute." *Id.* (capitalization and emphasis omitted). As of this date, Plaintiff has not responded to either of the Orders (Docs. ##5, 6).

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 23rd day of June, 2009.

/s/ Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of record
    and pro se parties, if any